UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **JAMES PALACINO,**<br>　　　　Plaintiff,<br><br>**v.**<br><br>**TOWN OF PROVINCETOWN,**<br>**SERGEANT THOMAS KOUMANELIS,**<br>　　　　Defendants. | **C.A. No. 1:14-cv-10418-PBS** |

**PROPOSED JOINT STATEMENT**
**SCHEDULING ORDER**

　　　　Pursuant to the Notice of Scheduling Conference dated **July 9, 2014**, and in accordance with Local Rule 16.1(d), the Parties in the above-captioned matter submit the following Joint Statement.

　　　　This Scheduling Order is intended to provide a reasonable timetable for discovery and motion practice in order to help ensure a fair and just resolution of this matter without undue expense or delay.

**Timetable for Discovery and Motion Practice**

　　　　Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure and Local Rule 16.1(F), it is hereby ORDERED that:

**1.　　Initial Disclosures**.  Initial disclosures required by Fed. R. Civ. P. 26(a)(1) must be completed by **July 11, 2014**.

**2.　　Amendments to Pleadings.**  Amendments allowed within time permitted under the Rules.

**3.　　Fact Discovery - Interim Deadlines.**

　　a.　　Written discovery (requests for production of documents, interrogatories and request for admissions) shall be served no later than **February 9, 2015.**

　　b.　　All depositions, other than expert depositions, must be completed by **April 9, 2015**.

**4.　　Fact Discovery - Final Deadline.**  All discovery, other than expert discovery, must be completed by **May 11, 2015.**

1

5. **Status Conference**.  A status conference will be held on (TO BE DETERMINED).

6. **Expert Discovery**.

   a. Plaintiff(s)' trial experts must be designated, and the information contemplated by Fed. R. Civ. P. 26(a)(2) must be disclosed, by **May 11, 2015.**

   b. Plaintiff(s)' trial experts must be deposed by **July 9, 2015**.

   c. Defendant(s)' trial experts must be designated, and the information contemplated by Fed. R. Civ. P. 26(a)(2) must be disclosed, by **August 10, 2015**.

   d. Defendant(s)' trial experts must be deposed by **October 9, 2015**.

7. **Dispositive Motions.**

   a. Dispositive motions, such as motions for summary judgment or partial summary judgment and motions for judgment on the pleadings, must be filed by **May 16, 2015**.

   b. Oppositions thereto will be due in accordance with the Rules.

8. **Initial Pretrial Conference.**  An initial pretrial conference will be held on TO BE DETERMINED at 2:00 p.m.

The parties shall prepare and submit a pretrial memorandum in accordance with Local Rule 16.5(D) five business days prior to the date of the conference, except that the parties need not include matters required by Local Rule 16.5(D)(2) or (3).

**Procedural Provisions**

1. **Extension of Deadlines.**  Motions to extend or modify deadlines will be granted only for good cause shown.  All motions to extend shall contain a brief statement of the reasons for the request; a summary of the discovery, if any, that remains to be taken; and a specific date when the requesting party expects to complete the additional discovery, join other parties, amend the pleadings, or file a motion.

2. **Motions to Compel or Prevent Discovery.**  Except for good cause shown, motions to compel discovery, motions for protective orders, motions to quash, motions to strike discovery responses, and similar motions must be filed no later than the close of fact discovery or the close of expert discovery, whichever deadline is relevant.   If additional discovery is compelled by the court after the

relevant deadline has passed, the court may enter such additional orders relating to discovery as may be appropriate.

3. **Reply Memoranda.** Parties need not seek leave of court to file a reply memorandum in response to an opposition to any motion, provided that such a reply memorandum does not exceed twelve pages, double-spaced, and is filed within seven days (excluding intermediate Saturdays, Sundays, and legal holidays) after service of the opposition memorandum.  Parties may otherwise file reply or surreply memoranda only with leave of court.  When such leave is sought, the moving party may file a proposed reply or surreply memorandum with the motion for leave.

4. **Status Conferences.**  The court has scheduled a status conference after (or close to) the close of fact discovery for case management purposes.  Any party who reasonably believes that a status conference will assist in the management or resolution of the case may request one from the court upon reasonable notice to opposing counsel.

5. **Additional Conferences.**  Upon request of counsel, or at the court's own initiative, additional case-management or status conferences may be scheduled.  Parties may request telephonic conferences where appropriate to avoid undue inconvenience or expense.

6. **Early Resolution of Issues.**  The court recognizes that, in some cases, resolution of one or more preliminary issues may remove a significant impediment to settlement or otherwise expedite resolution of the case.  Counsel are encouraged to identify any such issues and to make appropriate motions at an early stage in the litigation.

7. **Pretrial Conference.**  Lead trial counsel are required to attend any pretrial conference.

                                                           Respectfully submitted,

| | |
|---|---|
| PLAINTIFF, | DEFENDANT, |
| JAMES PALACINO, | TOWN OF PROVINCETOWN, |
| By his attorneys, | By its attorney: |
| | |
| __/s/ Jessica D. Hedges_____ | _/s/ Douglas I. Louison_____ |
| Jessica D. Hedges, Esq. (BBO #645847) | Douglas I. Louison (BBO #545191) |
| Email: hedges@htlawyers.com | Email: Dlouison@lccplaw.com |
| Michael Tumposky, Esq. (BBO #660618) | Louison, Costello, Condon & Pfaff, LLP |
| Hedges & Tumposky LLP | 101 Summer Street |
| 15 Broad Street, Suite 240 | Boston, MA  02110 |
| Boston, MA  02109 | 617-439-0305 |
| 617-722-8220 | FAX: 617-439-0325 |

DEFENDANT,
SERGEANT THOMAS KOUMANELIS,
By his Attorney,


__/s/ Michael V. Caplette_____
Michael V. Caplette, Esq.  (BBO #072800)
Email: mvc@caplettelaw.com
Jennie L. Caissie, Esq. (BBO #639925)
Email: jcaissie@caplettelaw.com
Three Bowlen Avenue
Southbridge MA 01550
508-765-0885

Date:  June 24, 2014

## **CERTIFICATE OF SERVICE**

I, Douglas I. Louison, hereby certify that on the 29th day of May, 2014, I served electronically or mailed first class mail, postage prepaid, the foregoing by causing a copy to be directed to:

Jessica D. Hedges, Esq.
Michael Tumposky, Esq.
Hedges & Tumposky LLP
15 Broad Street, Suite 240
Boston, MA  02109
*for James Palacino*

Michael V. Caplette, Esq.
Jennie L. Caissie, Esq.
Three Bowlen Avenue
Southbridge MA 01550
*for Sergeant Thomas Koumanelis*

Date:  June 24, 2014
                                      Douglas I. Louison

14-TRI-021