UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **JAMES PALACINO,**<br>           Plaintiff,<br><br>v.<br><br>**TOWN OF PROVINCETOWN,**<br>**SERGEANT THOMAS KOUMANELIS,**<br>           Defendants. | C.A. No. 1:14-cv-10418-PBS |

**PLAINTIFF'S 16.1 CERTIFICATE**

In accordance with Local Rule 16.1(D)(3), the undersigned counsel as an authorized representative of plaintiff certifies that counsel and parties have conferred with a view to establishing a budget for the costs of conducting the full course and various alternate courses of litigation and to consider the resolution of the litigation through the use of ADR process such as those outlined in Local Rule 16.4.

                                                Respectfully submitted,
                                                The Plaintiff James Palacino
                                                By his attorney,

                                                /s/ Jessica Hedges
                                                Jessica D Hedges (BBO#645847)
                                                Hedges & Tumposky, LLP
                                                15 Broad Street, Suite 240
                                                Boston, MA 02109
                                                T)617/722-8220
                                                F)617/507-8116
                                                E)hedges@htlawyers.com

**CERTIFICATE OF SERVICE**
I, Jessica Hedges, hereby certify that on this 9th $^{nd}$ day of July 2014 I served one true and correct copy of the plaintiff's COUNSEL CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3), where unable to do so electronically on all counsel of record in this matter.

                                                /s/ Jessica Hedges
                                                Jessica Hedges