UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES PALACINO,<br>        Plaintiff,<br><br>v.<br><br>TOWN OF PROVINCETOWN,<br>SERGEANT THOMAS KOUMANELIS,<br>        Defendant. | C.A. No. 1:14-cv-10418-PBS |

## DEFENDANT TOWN OF PROVINCETOWN'S MOTION TO EXTEND THE DEADLINE FOR MOTIONS FOR SUMMARY JUDGMENT

Now comes the defendant, Town of Provincetown, and respectfully moves this Court to extend the deadlines for motions for summary judgment. As reasons therefore, the Town states:

1. On July 9, 2014, the Court adopted the parties' proposed schedule and set the following deadlines: Fact Discovery 5/11/15; Expert Discovery 10/9/15; Dispositive Motions 5/16/15; Opposition 6/17/15. Parties agree to refer matter to ADR Program, parties are discussing potential mediator and will contact the clerk once they agree upon a mediator. (Docket # 18).

2. On October 22, 2014, Magistrate Judge Dein reported: This case was scheduled for mediation on October 23, 2014, however, we have been informed by the parties that the case is not ripe for ADR at this time. Therefore, the mediation is cancelled and the case should be restored to your trial list. (Docket #22).

3. On May 8, 2015: The case was again referred to Alternative Dispute Resolution. (Docket #23).

4. On August 18, 2015, Magistrate Judge Dein reported: On August 18, 2015, I conducted a mediation in this case. All parties were represented by counsel, and were

1

present in person, by telephone or by authorized corporate officer. Progress was made, and the defendant is to report back to the court by August 25, 2015. (Docket #27).

5. As of the filing of this motion, the parties have not reached a settlement agreement.
6. Under the original order of the court, expert discovery is open until October 9, 2015. (Docket # 18).
7. As expert discovery is still on-going, there is no prejudice in the Court allowing the parties until October 9, 2015 to file any motions for summary judgment.

Wherefore, the defendant Town of Provincetown respectfully moves this Court to extend the deadline for motions for summary judgment until October 9, 2015.

Respectfully submitted,
DEFENDANT,
TOWN OF PROVINCETOWN,
By its attorney:

*/s/ Douglas I. Louison*
_____
Douglas I. Louison (BBO #545191)
Email: Dlouison@lccplaw.com
Chantelle M. D'Angelo (BBO #688165)
Email: Cdangelo@lccplaw.com
Louison, Costello, Condon & Pfaff, LLP
101 Summer Street
Boston, MA  02110
617-439-0305
FAX: 617-439-0325

Date: August 25, 2015

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)

Pursuant to Local Rule 7.1(A)(2), counsel for the defendant, Town of Provincetown, certify that we have conferred with counsel for James Palacino and counsel for Thomas Koumanelis and attempted in good faith to resolve or narrow the issues in this motion.

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants as listed below:

Jessica D. Hedges, Esq.
Michael Tumposky, Esq.
Hedges & Tumposky LLP
15 Broad Street, Suite 240
Boston, MA 02109
*for James Palacino*

Michael V. Caplette, Esq.
Jennie L. Caissie, Esq.
Three Bowlen Avenue
Southbridge MA 01550
*for Sergeant Thomas Koumanelis*

Date: <u>August 25, 2015</u>     */s/ Douglas I. Louison*
                                    Douglas I. Louison

14-TRI-021