UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **JAMES PALACINO,**<br>　　　　　Plaintiff,<br><br>**v.**<br><br>**TOWN OF PROVINCETOWN,**<br>**SERGEANT THOMAS KOUMANELIS,**<br>　　　　　Defendants. | C.A. No. 1:14-cv-10418-PBS |

# PLAINTIFF'S OPPOSITION TO THE DEFENDANT'S MOTION TO EXTEND THE SUMMARY JUDGMENT DEADLINE

The Plaintiff, James Palacino, opposes extension of the current summary judgment deadline, and requests that this Court deny the Defendant's motion requesting an enlargement of time until October 9, 2015 to file dispositive motions.

As grounds, the Plaintiff notes that the original deadline for summary judgment motions was May 16, and the response deadline was June 17th. Both deadlines have long since passed, and the Defendant has offered neither explanation nor excuse as to why motions were not timely filed. Further, the Defendant did not reserve their rights on pursuing summary judgment in anticipation of potential resolution via mediation[1].

Finally, the Defendant notes that the Expert Discovery deadline remains open. But, given that neither party has heretofore suggested that any expert witnesses will be called, or even consulted, in this case, this justification seems more an attempt to hang one's hat on the only deadline yet to elapse, rather than a meaningful basis for seeking an extension. The Plaintiff, thus, requests this court deny the Defendant's untimely and groundless motion to extend the summary judgment deadline.

---

[1] This case was referred to Alternative Dispute Resolution about one week prior to the dispositive motion filing deadline.

Respectfully submitted,
The Plaintiff James Palacino
By his attorney,

/s/ Jessica Hedges
Jessica D Hedges (BBO#645847)
Hedges & Tumposky, LLP
15 Broad Street, Suite 240
Boston, MA 02109
T)617/722-8220
F)617/507-8116
E)hedges@htlawyers.com

**CERTIFICATE OF SERVICE**

I, Jessica Hedges, hereby certify that on this 25th day of August, 2015 I served one true and correct copy of the plaintiff's Opposition to the Defendant's Motion to Extend the Summary Judgment Deadline where unable to do so electronically on all counsel of record in this matter.


/s/ Jessica Hedges
Jessica Hedges