UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES PALACINO,<br>       Plaintiff,<br><br>v.<br><br>TOWN OF PROVINCETOWN,<br>SERGEANT THOMAS KOUMANELIS,<br>       Defendant. | C.A. No. 1:14-cv-10418-PBS |

## DEFENDANT TOWN OF PROVINCETOWN'S
## MOTION FOR SUMMARY JUDGMENT

Now come the Defendant, Town of Provincetown, and hereby move this Honorable Court to allow its Motion for Summary Judgment pursuant to F. R. Civ. P. 56, as there are no disputed material facts and it is entitled to judgment as a matter of law.

Respectfully submitted,
DEFENDANT,
TOWN OF PROVINCETOWN,
By its attorneys:

*/s/ Chantelle M. D'Angelo*
_____
Douglas I. Louison (BBO #545191)
Email: Dlouison@lccplaw.com
Chantelle M. D'Angelo (BBO #688165)
Email: Cdangelo@lccplaw.com
Louison, Costello, Condon & Pfaff, LLP
101 Summer Street
Boston, MA 02110
617-439-0305
FAX: 617-439-0325

Date: October 8, 2015

1

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)

Pursuant to Local Rule 7.1(A)(2), counsel for the defendant, Town of Provincetown, certify that we have conferred with counsel for James Palacino and counsel for Thomas Koumanelis and attempted in good faith to resolve or narrow the issues in this motion.

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants as listed below:

Jessica D. Hedges, Esq.
Michael Tumposky, Esq.
Hedges & Tumposky LLP
15 Broad Street, Suite 240
Boston, MA 02109
*for James Palacino*

Michael V. Caplette, Esq.
Jennie L. Caissie, Esq.
Three Bowlen Avenue
Southbridge MA 01550
*for Sergeant Thomas Koumanelis*

*/s/ Chantelle M. D'Angelo*

Date: October 8, 2015

Chantelle M. D'Angelo

14-TRI-021